IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KIMBERLY RENEE PUCKETT,

    Plaintiff,

v.                                                            No. 1:09-cv-01173-JDB-egb

SLEEP ANALYSTS, INC.,

    Defendant.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
_____

On October 22, 2010, the Clerk declared Defendant, Sleep Analysts, Inc., to be in default pursuant to Federal Rule of Civil Procedure 55(a) after counsel for the defendant corporation withdrew from the case and it took no further action. (Docket Entry ("D.E.") No. 34.) Plaintiff, Kimberly Renee Puckett, then moved for a default judgment pursuant to Rule 55(b)(2), which the Court referred to United States Magistrate Judge Edward G. Bryant for a report and recommendation. (D.E. Nos. 35, 36.) The magistrate judge held a hearing on January 7, 2011, to determine the amount of damages to be awarded. On January 12, 2011, Judge Bryant issued a report and recommendation, finding that Plaintiff should be awarded $35,474 in lost income, $10,000 in additional compensatory damages for anxiety and stress caused by her supervisor, and $10,000 in punitive damages due to Defendant's willful failure to prevent ongoing misconduct by the Plaintiff's supervisor. (D.E. No. 40.) According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C), and the time for filing objections has passed. See Fed. R. Civ. P. 72(b).

After a review of the magistrate judge's report and recommendation, the Court ADOPTS

Judge Bryant's findings and recommendations, and Plaintiff's motion for default judgment is GRANTED. Judgment shall be entered for the Plaintiff in the amount of $45,474 in compensatory damages and $10,000 in punitive damages.

    IT IS SO ORDERED this 8th day of February, 2011.

                                        s/ J. DANIEL BREEN
                                        UNITED STATES DISTRICT JUDGE